# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1059
LT Case No. 2022-DR-007207-FM

_____

RENOT D. JOHNSON,

    Appellant,

    v.

CHRISSIE FLETCHER JOHNSON,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Maureen Theresa Horkan, Judge.

Clyde M. Taylor III, of Taylor Waldrop Pribisco, St. Augustine,
for Appellant.

No Appearance for Appellee.

November 4, 2025

PER CURIAM.

    AFFIRMED.

JAY, C.J., and MAKAR and LAMBERT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____